UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

TERRELL GREENE

Plaintiff,

-against-

THE CITY OF NEW YORK, AND
UNKNOWN POLICE OFFICERS (NYPD)

Defendants.

_____

Civil Action No. 25-CV-00133(CLP)

**FIRST AMENDED COMPLAINT**

JURY TRIAL
DEMANDED

## INTRODUCTION STATEMENT

1. This is a civil action seeking to redress violations of plaintiff's rights under the Constitution and laws of the United States for defendants' conduct in falsely arresting him, fabricating evidence against him, malicious persecuting him, for failure to intercede to prevent an unlawful arrest, and failure to adequately train, supervise, control and discipline police officers, and for using excessive force against him.

## JURISDICTION

2. This action is brought pursuant to 42 U.S.C.A. sections 1983 and 1988 and the Equal Protection clause to the United States Constitution. Plaintiff also invokes this Court's supplemental jurisdiction to assert claims under Article I, Section 12 of the New York State Constitution, Section 8 of the New York Civil Rights Law and the State law claims of false charges, false imprisonment, malicious persecution and false prosecution.

3. This Court has jurisdiction pursuant to 28 U.S.C.A. Sections 1331 and 1343, since these claims arise under the Constitution and laws of the United States and since defendants acted under color of law.

## VENUE

4. Venue lies in this District pursuant to 28 U.S.C.A. Section 1391(b) (2) since the event giving rise to the claims occurred in the Eastern District of New York.

## PARTIES

5. Plaintiff is a resident of Queens, New York. At the time of the event alleged, he resided in Queens County in the State of New York.

6. The defendant, The City of New York is a municipality in the State of New York, and employs the defendants unknown Police Officers (NYPD) (hereinafter "unknown police officers"), and the actions and / or conduct of the officers complained of herein were done as part of the custom, practice, usage, regulation and / or direction of the City of New York.

7. The defendants unknown police officers are New York city police officers who are being sued in their individual and official capacities.

## FACTUAL ALLEGATIONS

8. On March 22, 2022, at about 7:00 p.m., the plaintiff was a back seat passenger of a legally parked vehicle, when two police vehicles pulled up to the side of the vehicle, and demanded that the driver turned off the engine of the vehicle.

9. When the driver turned off the engine, one of the defendant unknown police officers from one of the police vehicles claimed that plaintiff had cocaine on his laps.

10. Three to four of the defendant unknown police officers then pulled plaintiff out of the vehicle.

11. As the plaintiff was standing outside of the vehicle, telling the defendant unknown police officers that he did not have any cocaine, one of the officers tackled the plaintiff from behind, and the plaintiff fell flat on the ground, hitting his knees first on the ground.

12. Three to four of the defendant unknown police officers then jumped on top of the plaintiff while he was lying face down on the ground, and then handcuffed him.

13. Subsequently, defendants prepared a false report stating that the plaintiff had possessed cocaine.

14. Defendants initiated a prosecution of the plaintiff predicated on this manufactured evidence.

15. Defendants charged and caused the plaintiff to be charged with Criminal Possession of a Controlled Substance in the 5th degree with intent to sell, and Criminal Possession of a Controlled Substance in the 7th degree.

16. The charges against the plaintiff were false, intentional, reckless and in bad faith and the defendants had knowledge of the lack of any legitimate cause or justification for the charges.

17. As a result of the conduct of the defendants, the plaintiff was detained over night for about twenty hours, and had to attend court on three or four different occasions.

18. On April 13, 2023, all of the charges were dismissed.

19. As a direct and proximate result of the conduct of the defendants, the plaintiff suffered, and continues to suffer injury to his health, well-being and feelings.

## AS A FIRST CAUSE OF ACTION:
### False Arrest

20. Plaintiff hereby restates paragraphs 1-19 of this Complaint, as though fully set forth below.

21. Defendant The City of New York through its agents, and defendants unknown police officers violated plaintiff's rights under the Fourth Amendment and 42 U.S.C.A. Section 1983 by falsely arresting him.

## AS A SECOND CAUSE OF ACTION:
### Fabrication of Evidence

22. Plaintiff hereby restates paragraphs 1-21 of this Complaint, as though fully set forth below.

23. Defendant The City of New York through its agents, and defendants unknown police officers violated plaintiff's right to a fair trial under 42 U.S.C.A Section 1983 by fabricating evidence that plaintiff had possessed cocaine.

## AS A THIRD CAUSE OF ACTION:
### Malicious Prosecution

24. Plaintiff hereby restates paragraphs 1-23 of this Complaint, as though fully set forth below.

25. Defendant The City of New York through its agents, and defendants unknown police officers violated plaintiff's rights under the Fourth Amendment and 42 U.S.C.A. Section 1983 by maliciously prosecuting him for criminal possession of a controlled substance in the 5th degree with intent to sell.

## AS A FOURTH CAUSE OF ACTION:
### Malicious Prosecution

26. Plaintiff hereby restates paragraphs 1-25 of this Complaint, as though fully set forth below.

27. Defendant The City of New York through its agents, and defendants unknown police officers violated plaintiff's rights under the Fourth Amendment and 42 U.S.C.A. section 1983 by maliciously prosecuting him for criminal possession of a controlled substance in the 7th degree.

## AS A FIFTH CAUSE OF ACTION:
### Failure to Adequately Train, Supervise, Control and Discipline Against Defendant The City of New York

28. Plaintiff hereby restates paragraphs 1-27 of this Complaint, as though fully set forth below.

29. Defendant The City of New York violated plaintiff's rights under 42 U.S.C.A. section 1983 by failing to adequately train, supervise, control and discipline defendants unknown police officers.

## AS A SIXTH CAUSE OF ACTION:
### Failure to intercede to Prevent an Unlawful Arrest

30. Plaintiff hereby restates paragraphs 1-29 of this Complaint, as though fully set forth below.

31. Defendant The City of New York through its agent violated plaintiff's rights under the Fourth Amendment and 42 U.S.C.A. section 1983 by the defendants unknown police officers' failure to intervene, as each other officer arrested the plaintiff under circumstances indicating clear lack of probable cause.

## AS A SEVENTH CAUSE OF ACTION:
### Failure to intercede to Prevent an Unlawful Arrest

32. Plaintiff hereby restates paragraphs 1-31 of this Complaint, as though fully set forth below.

33. Defendant The City of New York through its agent violated plaintiff's rights under the Fourth Amendment and 42 U.S.C.A. section 1983 by defendants unknown police officers' failure to intervene, as defendants unknown police officers falsified records, and made false allegations against the plaintiff.

## AS AN EIGHTH CAUSE OF ACTION:
### Excessive Force

34. Plaintiff hereby restates paragraphs 1-33 of this Complaint, as though fully set forth below.

35. Defendant The City of New York through its agents, and defendants unknown police officers violated plaintiff's rights under the Fourth Amendment and 42 U.S.C.A. Section 1983 by using excessive force against him.

## AS A NINTH CAUSE OF ACTION:
### Unreasonable Search and Seizure under Section 8-802
### of the New York City Administrative Code

36. Plaintiff hereby restates paragraphs 1-35 of this Complaint, as though fully set forth below.

37. Defendant The City of New York through its agents, and defendants unknown police officers violated plaintiff's rights under Section 8-802 of the New York City Administrative Code by unreasonably searching him.

## AS A TENTH CAUSE OF ACTION:
### Unreasonable Search and Seizure under Section 8-802
### of the New York City Administrative Code

38. Plaintiff hereby restates paragraphs 1-37 of this Complaint, as though fully set forth below.

39. Defendant The City of New York through its agents, and defendants unknown police officers violated plaintiff's rights under Section 8-802 of the New York City Administrative Code by falsely arresting him.

## AS AN ELEVENTH CAUSE OF ACTION:
### Excessive Force under Section 8-802 of the New York
### City Administrative Code

40. Plaintiff hereby restates paragraphs 1-39 of this Complaint, as though fully set forth below.

41. Defendant The City of New York through its agents, and defendants unknown police officers violated plaintiff's rights under Section 8-802 of the New York City Administrative Code by using excessive force against him.

**WHEREFORE**, plaintiff respectfully requests judgment against the defendants as follows:

a. Compensatory and punitive damages in an amount to be determined at trial, and reasonable attorneys' fees and costs; and

b.  Such other and further relief as may be just and proper.


Dated: Brooklyn, New York
       January 13, 2025


Respectfully submitted,


Da'Tekena Barango-Tariah, Esq. (DB5592)
25 Bond Street, 2nd Floor
Brooklyn, New York 11201
(718) 625 4200

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

==================================================

**TERRELL GREENE,**

**Case NO.: 25-CV-00133(CLP)**

**Plaintiff,**

-against-

**FIRST AMENDED COMPLAINT**

**THE CITY OF NEW YORK, ET AL.,**

**Defendants.**

==================================================

## Da'Tekena Barango-Tariah, Esq.
**Attorney for Plaintiff**
**25 Bond Street, 2nd Floor**
**Brooklyn, New York 11201**
**718 625 4200**

==================================================

Take Notice that the attached is a true copy of a Judgment duly entered in the office of the clerk of the within named court on _____

STATE OF NEW YORK, COUNTY OF KINGS ss:

I, _____ , say, under penalty of perjury, I am not a party to the action, that I reside at Brooklyn, New York, and I am over the age of 18 years of age and on _____ , I served a copy of the attached _____ by mailing the same in a sealed envelope, with postage prepaid therein, in a post-office of official depository of the defendants' attorneys at:

_____